IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-049-RJC-DCK

| DONOVAN PEOPLES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| GM FINANCIAL, SOUTH CHARLOTTE CHEVROLET, SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS LLP, PREMIER TOW & RECOVERY, and EXPERIAN, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion For Discovery" (Document No. 32) filed April 17, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion.

Plaintiff's "Motion For Discovery" appears to be a list of interrogatories for Defendant GM Financial. (Document No. 32). The pending "Motion…" does not comply with the Local Rules of this Court. See LCvR 7.1. In addition – with limited exceptions – discovery material, including "requests or responses thereto," shall not be filed with the Court. See LCvR 26. Even if Plaintiff's motion otherwise complied with the Rules, the request is premature. "Court-enforceable discovery does not commence until the issues have been joined and a Scheduling Order has been entered." LCvR 16.1(f); LCvR 26.1.

Although the parties "may engage in consensual discovery at any time," the Court is unlikely to issue a Scheduling Order until the pending "Motion To Dismiss Of Defendant General Motors Financial Company, Inc." (Document No. 30) is resolved.

**IT IS, THEREFORE, ORDERED** that *pro se* Plaintiff's "Motion For Discovery" (Document No. 32) is **DENIED**.

**SO ORDERED**.

Signed: April 17, 2023

David C. Keesler
United States Magistrate Judge